# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

**TALBOTS ASIA PACIFIC LIMITED, ET AL.**          **CIV. ACTION NO. 3:24-00467**

**VERSUS**          **JUDGE TERRY A. DOUGHTY**

**NEW VALMAR BV, ET AL.**          **MAG. JUDGE KAYLA D. MCCLUSKY**

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 16] having been considered, together with the Objection [Doc. No. 17] filed by Defendants New Valmar BV and Francois de Vriendt, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned cause be **REMANDED** to the Fourth Judicial District Court for the Parish of Ouachita, State of Louisiana for lack of subject matter jurisdiction.

MONROE, Louisiana, this 20th day of May 2024.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE